1-25-22

Demand Letter/Complaint M.G.L. 258 Section 4

Demand Million Dollars

Dear Attorney General Maura Healey

I was shot in the back of my head unarmed by unknown ATF Agents on video that was not release to the public. The incident happen on date of January 28, 2020 this address was 150 McClellan Highway Cube Smart Self-Storage. Due to the company allowed the Governments Both State and Federal to do a operation on there Property. I was shot in the back of my head while unarmed by ATF "SRT" Special Response Team. There was a joint operation with both Boston Police offices John Does as well as Massachusetts State Police John Does at the time of the shooting with John Does 20 ATF Agents. While on the floor in serious pain waiting for the Ambulance/EMT for attention I requested to be taken to the hospital. The ATF while on the floor in serious pain Agents immediately seized my phone pressed my thumb against it's sensor to work the unlock and search my phone without a warrant. At the hospital in hand cuffs both ATF Agents kept on interfere with my medical treatment Brian Higgins and Keith medeiros. Higgins claim he was ATF EMT while try'na tell the doctors and nurse my injuries and pain. When he was not shot or the patience in need of serious medical treatment. I was refused to be able to use the rest room while there by both Agent's. They claim I had to wait and hold it til I go to court since they had to hold theres waiting to lock me up all day. To save myself the embarrassment of pissing on myself I asked to be discharged to get away from these two Agents. Get to court use the rest room plus explain to a lawyer and a judge I need medical treatment I'm in pain been shot. My neck, back, head hurts every day I had cuts with large egg knots on the back of my head.

CC  Nightmare and I'm on the list for MRI due to covid been delayed over it, lost of hair.

Rico Perry

1-25-22

Demand Letter / Complaint M.G.L. 258 Section 4

Demand Million Dollars

Dear Attorney General Rachael Rollins

I was shot in the back of my head unarmed by unknown ATF Agents on video that was not release to the public. The incident happen on date of January 28, 2020 this address was 150 McClellan Highway Cube Smart Self-Storage. Due to the Company allowed the Governments. Both State and Federal to do a operation on there property. I was shot in the back of my head while unarmed by ATF "SRT" Special Response Team. There was a Joint operation with both Boston Police officers John Does as well as Massachusetts State Police John Does at the time of the shooting with John Does 20 ATF Agents. While on the Floor in serious pain waiting for the Ambulance / EMT for Attention I requested to be taken to the hospital. The ATF while on the Floor in serious Pain Agents Immediately seized my Phone Pressed my Thumb against its sensor to unlock and search my Phone with out a warrants. At the hospital in hand cuffs both ATF Agents kept on Interfere with my medical treatment Brian Higgins and Keith Medeiros. Higgins claims he was ATF EMT while trying tell the Doctor and Nurse my Injuries and Pain. When he was not shot as the Patience in need of serious medical treatment. I was refused to be able to use the rest room while there by both Agents. They claim I had to wait and hold it til I go to court since they had to hold there waiting to bck me up all day. To save myself the embarrassment of pissing on myself I asked to be discharged to get away from these two Agents. Get to court use the Rest Room Plus Explain to a Lawyer and a Judge I need medical treatment. I'm in pain been shot. My Neck, Back, Head hurts every day I had cuts with Large Egg Knots on the back of my head. Nightmares and I'm on the list for MRi

CC   due to covid been delayed over it, lost of hair.        Rico Perry

1-25-22

Demand Letter / Complaint M.G.L 258 Section 4

Demand Million Dollars

Dear Cube Smart Self-Storage

I was shot in the back of my head unarmed by unknown ATF Agents on video that was not release to the public. The Incident happen on date of January 28, 2020 this address was 150 McClellan Highway Cube Smart Self Storage. Due to the Company allowed the Governments. Both State and Federal to Do a operation on there property. I was shot in the back of my head while unarmed by ATF "SRT" Special Response Team. There was a Joint operation with both Boston Police officers John Doe as well as Massachusetts State Police John Does at the time of the shooting with John Does 20 ATF Agents. While on the floor in serious pain waiting for the Ambulance /EMT for Attention I Requested to be taken to the hospital. The ATF while on the floor in Serious Pain Agents Immediately Seized my phone pressed my thump against its Sensor to unlock and search my phone without a warrant. At the hospital in handcuffs both ATF Agents kept on Interfere with my medical treatment Brian Higgins and Keith Medeiros. Higgins claim he was ATF EMT while try'na tell the Doctors and Nurse my Injuries and Pain. When he was not shot or the Patience in Need of Serious Medical treatment. I was Refused to be able to use the Rest Room while there by both Agents. They claim I had to wait and hold it til I go to court since they had to hold theres waiting to lock me up all Day. To save myself the Embarrassment of pissing on myself I asked to be discharged to get away from these two Agents. Get to court use the Rest Room Plus Explain to a Lawyer and a Judge I Need medical treatment I'm in Pain been Shot. My Neck, Back, Head hurts every day I had cuts with large Egg knots on the back of my head. Nightmare and I'm on the list for MRI Due to Covid been delayed over it, Lost of hair.

Rico Percy

CC

1-25-22

Demand Letter / Complaint M.G.L 258 section 4

Demand Million Dollars

Dear Boston Police Department

I was shot in the back of my head unarmed by unknown ATF Agents on video that was not release to the public. The Incident happen on date of January 28, 2020 this Address was 150 McClellan Highway Cube Smart Self Storage. Due to the company allowed the governments. Both State and Federal to Do a operation on there property. I was shot in the back of my head while unarmed by ATF "SRt" Special Response Team. There was a joint operation with both Boston Police Offices John Doe as well as Massachusetts State Police John Does at the time of the shooting with John Does 20 ATF Agents. While on the floor in serious pain waiting for the Ambulance / EMT for Attention, I requested to be taken to the hospital. The ATF while on the floor in serious pain Agents Immediately seized my phone pressed my thumb against it's sensor to unlock and search my phone without a warrant. At the hospital in handcuffs both ATF Agents kept on interfere with my medical treatment Brian Higgins and Keith Medeiras. Higgins claim he was ATF EMT while try'na tell the doctors and nurse my Injuries and Pain. When he was not shot or the patience in need of Serious medical treatment. I was refused to be able to use the rest room while there by both Agents. They claim I had to wait and hold it til I go to court since they had to hold theres waiting to lock me up all day. To save myself the Embarrasment of pissing on myself I asked to be discharged to get away from these two Agents. Get to court use the Rest Room Plus Explain to a Lawyer and a Judge I need medical treatment I'm in Pain been shot. My Neck, Back, Head hurts every day I had cuts with Large Egg knots on the back of my head. Nightmare and I'm on the list for MRI Due to covid been delayed over it, lost of hair.

CC

Rico Perry

1-25-22

Demand Letter / Complaint M.G.L. 258 Section 4

Demand Million Dollars.

Dear Massachusetts State Police,

I was shot in the back of my head unarmed by unknown ATF Agents on video that was not release to the public. The incident happen on date of January 28, 2020 this address was 150 McClellan Highway Cube Smart Self Storage. Due to company allowed the Governments, Both State and Federal to do a operation on there property. I was shot in the back of my head while unarmed by ATF "SRT" Special Response Team. There was a Joint operation with both Boston Police officers John Doe as well as Massachusetts State Police John Does at the time of the shooting with John Does 20 ATF Agents. While on the floor in serious pain waiting for the Ambulance / EMT for attention I requested to be taken to the hospital. The ATF while on the floor in serious pain Agents immediately seized my phone pressed my thumb against its sensor to unlock and search my phone without a warrant. At the hospital in handcuffs both ATF Agents kept on interfere with my medical treatment Brian Higgins and Keith Medeiros. Higgins claim he was ATF EMT while trying tell the Doctors and Nurse my injuries and pain. When he was not shot or the patience in need of serious medical treatment. I was refused to be able to use the rest room while there by both Agents. They claim I had to wait and hold it til I go to court since they had to hold there's waiting to lock me up all day. To save my self the embarrassment of pissing on my self I asked to be discharged to get away from these two Agents. Get to court use the rest room plus explain to a lawyer and a judge I need medical treatment I'm in pain been shot. My neck, back, head hurts everyday I had cuts with large egg knots on the back of my head. Nightmare and I'm on the list for MRI due to Covid been delayed over it, lost of hair.

Rico Perry

CC

1-25-22

Demand Letter / Complaint M.G.L 258 Section 4

Demand Million Dollars

Dear Bureau of Alcohol, Tobacco, Firearms and Explosives

I was Shot in the back of My head unarmed by unknown ATF Agents on Video that was not release to the Public. The Incident happen on date of January 28, 2020 this Address was 150 McClellan Highway Cube Smart Self Storage. Due to company allowed the Governments. Both State and Federal to do a operation on there Property. I was shot in the back of my head while unarmed by ATF "SRT" Special Response Team. There There was a Joint operation with both Boston Police offices John Doe as well as Massachusetts State Police John Does at the time of the Shooting with John Does 20 ATF Agents. While on the Floor in Serious Pain waiting for the Ambulance / EMT For Attention I requested to be taken to the hospital. The ATF while on the Floor in Serious Pain Agents Immediately Seized my Phone Pressed my Thumb against it's Sensor to unlock and Search my Phone without a warrant. At the hospital in handcuffs both ATF Agents kept on Interfere with my medical treatment Brian Higgins and Keith Medeiros. Higgins Claim he was ATF EMT while Trying tell the Doctors and Nurse my Injuries and Pain. When he was not Shot or the Patience in Need of Serious medical treatment. I was Refused to be able to use the Rest Room while there by both Agents. They Claim I had to wait and hold it til I go to court since they had to hold theres waiting to lock me up all Day. To Save my self the Embarrassment of Pissing on my self I asked to be dischassed to get away from these two Agents. Get to court use the Rest Room Plus Explain to a Lawyer and a Judge I Need Medical treatment I'm in Pain been Shot. My neck, Back, Head hurts every Day I had cuts with Large Egg Knots on the back of my head. Nightmare and I'm on the list for MRI Due to Covid been delayed over it, Lost of hair.

Rico Perry

CC

1-25-22

Demand Letter / Complaint M.G.L 258 Section 4

Demand Million Dollars

Dear SAGE Control Ordnance, INC

I was shot in the back of my head unarmed by unknown ATF Agents on Video that was not Release to the Public. The Incident happen on Date of January 28, 2020 this Address was 150 McClellan Highway Cube Smart Self-Storage Due to the Company allowed the Governments Both State and Federal to do a Operation on there Property. I was shot in the back of my head while unarmed by ATF "SRT" Special Response Team. There was a Joint Operation with both Boston Police Offices John Does as well as Massachusetts State Police John Does at the time of the Shooting with John Does 20 ATF Agents. While on the Floor in Serious Pain waiting for the Ambulance / EMT for Attention I requested to be taken to the hospital. The ATF while on the Floor in Serious Pain Agents Immediately Seized my Phone Pressed my Thumb against it's Sensor to work the Unlock and Search my Phone without a warrant. At the hospital in handcuffs both ATF Agents kept on Interfere with my medical treatment Brian Higgins and Keith Medeiros. Higgins Claim he was ATF EMT While try'na tell the Doctors and Nurse my Injuries and Pain. When he was not shot or the Patience in Need of Serious medical treatment. I was Refused to be able to use the Rest Room while there by both Agent's. They claim I had to wait and hold it til I go to court since they had to held there's waiting to lock me up all Day. To Save my self the Embarrassment of Pissing on my self I asked to be discharged to get away from these two Agents. Get to court use the Rest Room Plus Explain to a Lawyer and a Judge I need medical treatment I'm in Pain been Shot. My Neck, Back, Head hurt's every Day I had cuts with Large Egg Knots on the back of my head. Nightmare and I'm on the list for MRI Due to Covid been delayed over it, lost of hair.

CC

Rico Perry