UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICO PERRY,<br><br>*Plaintiff,*<br><br>v.<br><br>BRIAN HIGGINS et al.<br><br>*Defendants.* | Civil Action No.  1:23-cv-10228-WGY |

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION TO TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff moves for an extension of time, until October 24, 2024, to respond to the Motion to Dismiss filed by Defendants Brian Higgins and Keith Medeiros (Document 40). Defendants assent to this motion.

          Respectfully submitted,
          Plaintiff,
          By his attorneys,


             /s/David M. Hass
          DAVID M. HASS (BBO# 542237)
          LAW OFFICES OF BURTON J. HASS
          640 Main Street
          Malden, MA 02148
          781-322-3900
          BJHlaw@msn.com

Assented to:
/s/*Mark Sauter*/DMH
Mark Sauter
Attorney for Defendants Higgins and Medeiros
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210

Tel.: 617-748-3347

mark.sauter@usdoj.gov

Dated:   October 17, 2024

**CERTIFICATE OF SERVICE**
I, David M. Hass, hereby certify that I have filed the foregoing pleading with the Court via its ECF system, which will, upon information and belief, forward a true and correct copy of the same to all counsel of record.

/s/ David M. Hass

_____

DAVID M HASS (BBO# 542237)

LAW OFFICES OF BURTON J. HASS

640 Main Street

Malden, MA 02148

781-322-3900

 BJHlaw @MSN.com

October 17, 2024