**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>RICO PERRY</u>
**Plaintiff**

V.

CIVIL ACTION
NO. <u>23cv10228-WGY</u>

<u>BRIAN HIGGINS AND KEITH MEDEIROS</u>
**Defendants**

**ORDER OF DISMISSAL**

**<u>YOUNG D.J.</u>**,

    In accordance with the Court's ELECTRONIC ORDER entered on April 23, 2025, it is hereby ORDERED that this action is DISMISSED as to defendants Brian Higgins and Keith Medeiros.

    By the Court,

    **/s/Matthew A. Paine**

    Deputy Clerk

April 23, 2025